UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 13-22813-CV-Williams/Turnoff

NINTENDO OF AMERICA INC., a
Washington corporation,

        Plaintiff,

vs.

ESTEPHANY VALLECILLO, a/.k/a
Stephy Sanrio, d/b/a www.hackyourconsole.com

        Defendant.
_____/

### JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION AND FINAL CONSENT JUDGMENT

Plaintiff NINTENDO OF AMERICA INC. and Defendant ESTEPHANY VALLECILLO, by and through their undersigned counsel, hereby jointly move the Court to enter the Stipulated Order and Permanent Injunction attached hereto as Exhibit A. In addition, pursuant to the Defendant's Consent to Entry of Judgment attached hereto as Exhibit B, the parties jointly move the Court to enter the Final Consent Judgment attached hereto as Exhibit C.

Dated: September 24th, 2013.

#1100609

Respectfully submitted,

*Attorneys for Plaintiff*

GRAY ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
E-Mail: karen.stetson@gray-robinson.com

By: /s/ Karen L. Stetson
    Karen L. Stetson
    (Florida Bar No. 742937)

and

Kenneth L. Doroshow (*proceeding Pro Hac Vice*)
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6027
Facsimile: (202) 639-6066

and

*Attorneys for Defendant*

ALCOBA LAW GROUP, P.A.
3399 NW 72 Avenue
Suite 211
Miami, FL 33129
Telephone: 3053628118
Facsimile: 3054367429

By: /s/ Ruben Yuri Alcoba
    Ruben Yuri Alcoba
    (Florida Bar No. 169160)

#1100609