UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>ESTEPHANY VALLECILLO, a.k.a. Stephy Sanrio, d/b/a www.hackyourconsole.com<br><br>Defendant. | Case No. 1:13-cv-22813-KMW<br><br>**CONSENT TO ENTRY OF JUDGMENT** |

    Defendant Estephany Vallecillo confesses judgment in favor of plaintiff Nintendo of America Inc. and authorizes the Court to enter judgment granting monetary relief in the sum of Four Hundred Thousand dollars ($400,000) in favor of plaintiff and against her.

    I consent to the entry of judgment against me and in favor of Plaintiff Nintendo of America Inc. in the amount of $400,000.

DATED this **17** day of September, 2013

                                              */s/ Estephany Vallecillo*

                                           **Estephany Vallecillo**, in her personal capacity

## VERIFICATION BY DEFENDANT
## ESTEPHANY VALLECILLO

I, Estephany Vallecillo, verify under oath that the above Consent to Entry of Judgment is authorized by me,

_____
Estephany Vallecillo, in her personal capacity

STATE OF FLORIDA

COUNTY OF miami-dade

On this 17th day of September, 2013, personally appeared before me Estephany Vallecillo, proved to me on the basis of satisfactory evidence to be the person whose name is signed above. Estephany Vallecillo signed this document in my presence and acknowledged to me that she is the defendant in the above-captioned action, that she is authorized to sign this document, and that she signed it voluntarily for its stated purpose.

SUBSCRIBED AND SWORN to before me this 17th day of September, 2013.

_____
(Signature of Notary)

JULIET ALCOBA
Notary Public - State of Florida
My Comm Expires Apr 13, 2017
Commission # FF 006224

(Print or stamp name of Notary)
NOTARY PUBLIC in and for the State
Of Florida, Residing at miami, FL
My Commission Expires: 04/13/17

## ASSENT BY PLAINTIFF

Plaintiff Nintendo of America Inc. assents to the entry of the above Consent to Entry of Judgment authorized by defendant Estephany Vallecillo.

DATED this 23rd day of September, 2013.

NINTENDO OF AMERICA INC.

By: _____

Its: Senior Vice President Technology & Finance

3