UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NINTENDO OF AMERICA INC.,
a Washington corporation

       Plaintiff,

  v.

ESTEPHANY VALLECILLO, a.k.a.
Stephy Sanrio, d/b/a
www.hackyourconsole.com

       Defendant.

Case No. 1:13-cv-22813-KMW

## FINAL CONSENT JUDGMENT

This matter came before the Court on the presentation by plaintiff Nintendo of America Inc. of a consent judgment granting monetary relief against Defendant Estephany Vallecillo. The Final Consent Judgment is based on the consent of Defendant Estephany Vallecillo.

Based on Defendant's consent to the judgment, the Court enters judgment as follows:

1.     Plaintiff is awarded judgment against Defendant Estephany Vallecillo in the amount of $400,000.

2.     Each party shall bear its own costs and attorneys' fees.

DONE AND ORDERED, at Miami, Florida, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

# 1100613 v1